**THOMPSON COBURN LLP**
**MITCHELL N. REINIS, CSB 36131**
**ROWENA G. SANTOS, CSB 210185**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067-3005**
**Tel 310.282.2500 / Fax 310.282.2501**

**STEPHEN B. HIGGINS (PHV)**
**One US Bank Plaza**
**Saint Louis, Missouri 63101-1693**
**Tel 314.552.6054 / Fax 314.552.7054**

**KATHLEEN E. KRAFT (PHV)**
**1909 K Street, N.W., Suite 600**
**Washington, D.C. 20006-1167**
**Tel 202.585.6922 / Fax 202.508.1035**

Attorneys for Plaintiffs
State of California acting by and through the California
Department of Transportation, and Sacramento Regional
Transit District

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, acting by and through the CALIFORNIA DEPARTMENT OF TRANSPORTATION; and SACRAMENTO REGIONAL TRANSIT DISTRICT,<br><br>            Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF LABOR; and THOMAS E. PEREZ, in his capacity as SECRETARY OF UNITED STATES DEPARTMENT OF LABOR,<br><br>            Defendants. | 2:13-cv-02069-KJM-DAD<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: August 22, 2014<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller<br>Place: Courtroom 3, 15th Floor |

NOTICE IS HEREBY GIVEN that on August 22, 2014 at 10:00 a.m. in the Courtroom of the Honorable Kimberly J. Mueller, United States District Judge for the Eastern District of California, Plaintiffs State of California, acting by and through the California Department of Transportation ("Caltrans"), and Sacramento Regional Transit District ("SacRT") will, and hereby do, move for partial summary judgment on the First and Second Claims of the Complaint, pursuant to Federal Rule of Civil Procedure 56.

The Department's determination that the California Public Employees' Pension Reform Act of 2013 (PEPRA) prevents California transit entities from complying with Section 13(c) of the Urban Mass Transportation Act of 1964 (UMTA), 49 U.S.C. § 1609(c) (1964) (now codified at 49 U.S.C. § 5333(b)) ("13(c)") is based on unlawful interpretations of the language of 13(c). Specifically, the Department concluded that PEPRA was inconsistent with 13(c)(1)'s mandate to preserve "rights, privileges, and benefits … under existing collective bargaining agreements" and also ran afoul of 13(c)(2) by discontinuing collective bargaining rights.

The Department's interpretations violate the Administrative Procedure Act. They offend 13(c), its legislative history, clear judicial precedent, and prior agency decisions. Further, they violate basic presuppositions of statutory construction and result in an interpretation that is contrary to Congress's clear intent in passing 13(c).

For the reasons set forth in the accompanying Memorandum of Points and Authorities, the Court should enter judgment in Plaintiffs' favor on the First and Second Claims, hold unlawful and set aside the challenged decisions, and remand the matter to the Department with specific instruction to enter certification decisions on the SacRT and Monterey-Salinas Transit grant applications in accordance with the statute, its clear legislative history, controlling judicial precedent governing the meaning of "continuation of collective bargaining rights" under 13(c)(2), and controlling California state law, which defines the "rights" of a future transit employee that must be preserved in accordance with 13(c)(1).[1]

Dated: June 30, 2014               **THOMPSON COBURN LLP**

                                   By:   */s/ Kathleen E. Kraft*
                                         **KATHLEEN E. KRAFT**
                                         Attorneys for Plaintiffs
                                         STATE OF CALIFORNIA, acting by and through the CALIFORNIA DEPARTMENT OF TRANSPORTATION, and SACRAMENTO REGIONAL TRANSIT DISTRICT

---

[1] Plaintiffs move for partial summary judgment as to the First and Second Claims of the Complaint. Both of these claims are APA claims, which are to be decided upon the administrative record (or those parts of it cited to the Court by the parties). As such, Plaintiffs request that the Court excuse Plaintiffs from the requirement in Local Rule 260(a) that each motion be accompanied by a Statement of Undisputed Facts. *See San Joaquin River Grp. Auth. v. Nat'l Marine Fisheries Serv.*, 819 F. Supp. 2d 1077, 1084 (E.D. Cal. 2011).

## CERTIFICATE OF SERVICE

I am an attorney employed in Washington, D.C. I am over the age of 18 and not a party to the within action. My business address is 1909 K Street, N.W., Suite 600, Washington, D.C. 20006.

A true and correct copy of the document described as:

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

will be served or was served (a) on the clerk in the form and manner required by Local Rules and the Judge's Standing Order and (b) in the manner indicated below.

☒ **(TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On *June 30, 2014*, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 30, 2014**, at Washington, D.C.

| Kathleen E. Kraft | */s/ Kathleen E. Kraft* |
|---|---|
| (Type of Print Name) | (Signature) |

**CERTIFICATE OF SERVICE**

## **SERVICE LIST**

*State of California, et al. v. United States Department of Labor*
Case No. 2:13-cv-02069-KJM-DAD

| | |
|---|---|
| Ryan Bradley Parker, GOVT.<br>United States Department of Justice,<br>Civil Division<br>20 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone:    202.514.4336<br>Email:  ryan.parker@usdoj.gov | ***Attorneys for Defendant, United States Department of Labor*** |
| Susan Ullman, GOVT.<br>United States Department of Justice,<br>20 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone:    202.616.0680<br>Email:  susan.ullman@usdoj.gov | ***Attorneys for Defendant, United States Department of Labor*** |
| Benjamin Kerl Lunch<br>Neyhart Anderson Freitas Flynn and Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>Telephone:    415.677.9440<br>Facsimile:    415.677.9445<br>Email:  blunch@neyhartlaw.com | ***Attorneys for Amalgamated Transit Union*** |
| Margot A. Rosenberg<br>Leonard Carder, LLP<br>1330 Broadway<br>Suite 1450<br>Oakland, CA 94612<br>Telephone: 510-272-0169<br>Facsimile: 510-272-0174<br>Email: mrosenberg@leonardcarder.com | ***Attorneys for Amalgamated Transit Union*** |