**THOMPSON COBURN LLP**
**MITCHELL N. REINIS, CSB 36131**
**ROWENA G. SANTOS, CSB 210185**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067-3005**
**Tel 310.282.2500 / Fax 310.282.2501**

**STEPHEN B. HIGGINS (PHV)**
**One US Bank Plaza**
**Saint Louis, Missouri 63101-1693**
**Tel 314.552.6054 / Fax 314.552.7054**

**KATHLEEN E. KRAFT (PHV)**
**1909 K Street, N.W., Suite 600**
**Washington, D.C. 20006-1167**
**Tel 202.585.6922 / Fax 202.508.1035**

Attorneys for Plaintiffs
State of California acting by and through the California
Department of Transportation, and Sacramento Regional
Transit District

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, acting by and through the CALIFORNIA DEPARTMENT OF TRANSPORTATION; and SACRAMENTO REGIONAL TRANSIT DISTRICT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; and THOMAS E. PEREZ, in his capacity as SECRETARY OF UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendants. | 2:13-cv-02069-KJM-DAD <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT** <br><br> Date: October 23, 2015 <br> Time: 10:00 a.m. <br> Judge: Hon. Kimberly J. Mueller <br> Place: Courtroom 3, 15th Floor |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 23, 2015 at 10:00 a.m., or as soon thereafter as

the matter may be heard, in the Courtroom of the Honorable Kimberly J. Mueller, United States

District Judge for the Eastern District of California, 501 I Street, Sacramento, California 95841,

Plaintiffs State of California, acting by and through the California Department of Transportation

("Caltrans"), and Sacramento Regional Transit District ("SacRT") will, and hereby do, move the

1    Court for leave to file a Supplemental Complaint.

2          Plaintiffs respectfully request leave to file a Supplemental Complaint pursuant to Federal

3    Rule of Civil Procedure 15(d) to add allegations to the Amended Complaint [ECF No. 59]

4    regarding actions and conduct following this Court's order remanding two administrative decisions

5    back to the United States Department of Labor and Thomas E. Perez, in his capacity as Secretary

6    of the United States Department of Labor (together, the "Department"), on December 30, 2014

7    [ECF No. 81; *California v. Dep't of Labor*, 76 F. Supp. 3d 1125 (E.D. Cal. 2014)]. On August 13,

8    2015, the Department issued determinations again denying Section 13(c) certification for Federal

9    Transit Administration grants for SacRT and Monterey-Salinas Transit. Plaintiffs seek to challenge

10   the Department's August 13, 2015 determinations. The proposed Supplemental Complaint adds

11   allegations showing that the Department's August 13, 2015 final determinations, and its conduct

12   leading up to those determinations, was arbitrary, capricious, not in accordance with law, and in

13   excess of the Department's statutory authority, all in violation of the Administrative Procedure

14   Act. Proceeding by way of a Supplemental Complaint will promote judicial economy and the

15   convenience of the Court and of the parties and will not prejudice the Department.

16         For the reasons set forth in the accompanying memorandum of points and authorities, the

17   Court should grant Plaintiffs leave to file the proposed Supplemental Complaint, direct the Clerk

18   to enter the proposed Supplemental Complaint on the docket, and order the Department to respond

19   to the Supplemental Complaint within fourteen (14) days of its entry on the docket and file the

20   updated administrative record with such response.

21         In accordance with this Court's Standing Order [ECF No. 4-1 at 3], Plaintiffs contacted

22   counsel for the Department to seek the Department's consent to the relief requested herein.

23   Counsel for the Department indicated that the Department would not consent to the relief

24   requested in this Motion.

25   ///

26   ///

27   ///

28   ///

2

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

1  Dated: September 10, 2015          **THOMPSON COBURN LLP**

2                                     By:  _/s/ Kathleen E. Kraft_

3                                          **KATHLEEN E. KRAFT**
                                           Attorneys for Plaintiffs
                                           STATE OF CALIFORNIA, acting by and
4                                          through the CALIFORNIA DEPARTMENT
                                           OF TRANSPORTATION, and
5                                          SACRAMENTO REGIONAL TRANSIT
                                           DISTRICT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I am an attorney employed in Washington, D.C. I am over the age of 18 and not a party to

3   the within action. My business address is 1909 K Street, N.W., Suite 600, Washington, D.C.

4   20006.

5          A true and correct copy of the document described as:

6   **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

7

8   will be served or was served (a) on the clerk in the form and manner required by Local Rules and

9   the Judge's Standing Order and (b) in the manner indicated below.

10          ☒ **(TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC
    FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing
11  document will be served by the Court via NEF and hyperlink to the document. On *September 10,*
    *2015*, I checked the CM/ECF docket for this case and determined that the following persons are on
12  the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated on
    the attached service list.
13

14          I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.

16          Executed on **September 10, 2015**, at Washington, D.C.

17

18          Kathleen E. Kraft                              */s/ Kathleen E. Kraft*

19             (Type of Print Name)                           (Signature)

20

21

22

23

24

25

26

27

28

6234374

**SERVICE LIST**

*State of California, et al. v. United States Department of Labor*
Case No. 2:13-cv-02069-KJM-DAD

Ryan Bradley Parker, GOVT.                 ***Attorneys for Defendants United States***
United States Department of Justice,       ***Department of Labor and Thomas E. Perez***
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:    202.514.4336
Email: ryan.parker@usdoj.gov


Susan Ullman, GOVT.                        ***Attorneys for Defendant, United States***
United States Department of Justice,       ***Department of Labor and Thomas E. Perez***
20 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:    202.616.0680
Email: susan.ullman@usdoj.gov


Benjamin Kerl Lunch                        ***Attorneys for Amalgamated Transit Union***
Neyhart Anderson Freitas Flynn and Grosboll
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone:    415.677.9440
Facsimile:    415.677.9445
Email: blunch@neyhartlaw.com


Jeffrey R. Freund                          ***Attorneys for Amalgamated Transit Union***
Bredhoff & Kaiser, PLLC
805 15th Street, N.W.
Suite 1000
Washington, DC 20005
Telephone:  202.842.2600
Facsimile:  202.842.1888


Margot A Rosenberg                         ***Attorneys for Amalgamated Transit Union***
Leonard Carder LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: 510-272-0169
Facsimile: 510-272-0174
Email: rosenberg@leonardcarder.com

6234374

1

William James Flynn                          ***Attorneys for Amalgamated Transit Union***
Neyhart, Anderson, Flynn And Grosboll

2

369 Pine Street, Suite 800
San Francisco, CA 94104

3

Telephone: 415-677-9440-131
Facsimile: 415-677-9445

4

Email: wflynn@neyhartlaw.com

5

6

Victoria Rose Nuetzel                        ***Attorneys for San Francisco Bay Area Rapid***
Office Of The General Counsel, Bay Area      ***Transit District***

7

Rapid Transit District
300 Lakeside Drive

8

23rd Floor

9

Oakland, CA 94604
Telephone: 510-464-6023

10

Facsimile: 510-464-6049
Email: vnuetze@bart.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6234374