BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
JUDRY L. SUBAR
Assistant Director
SUSAN K. ULLMAN
Senior Trial Counsel
RYAN B. PARKER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-4336; Fax: (202) 616-8202

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>    Defendants. | Case No. 2:13-CV-02069-KJM-DAD<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>JUDGE: The Hon. Kimberly J. Mueller<br>PLACE: Courtroom 3, 15th Floor |

ORDER BASED UPON STIPULATION TO CONTINUE HEARING ON DISPOSITIVE MOTIONS

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, that the hearing on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 99) and Plaintiffs' Motion for Summary Judgment (ECF No. 104) set for May 2, 2016 at 10:00 a.m. is VACATED and RESET for May 13, 2016 at 10:00 a.m.

Dated: April 19, 2016

_____
UNITED STATES DISTRICT JUDGE