**THOMPSON COBURN LLP**
**NATALIE IKHLASSI, CSB 239930**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067-3005**
**Tel 310.282.2500 / Fax 310.282.2501**

**STEPHEN B. HIGGINS (PHV)**
**One US Bank Plaza**
**Saint Louis, Missouri 63101-1693**
**Tel 314.552.6054 / Fax 314.552.7054**

**KATHLEEN E. KRAFT (PHV)**
**1909 K Street, N.W., Suite 600**
**Washington, D.C. 20006-1167**

Attorneys for Plaintiffs
State of California acting by and through the California
Department of Transportation, and Sacramento Regional
Transit District

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, acting by and through the CALIFORNIA DEPARTMENT OF TRANSPORTATION; and SACRAMENTO REGIONAL TRANSIT DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; and THOMAS E. PEREZ, in his capacity as SECRETARY OF UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | 2:13-cv-02069-KJM-DB<br><br>**ORDER ON STIPULATION TO HOLD MOTION OF AMALGAMATED TRANSIT UNION FOR LEAVE TO INTERVENE IN ABEYANCE AND TO VACATE SCHEDULED APRIL 20, 2018 HEARING ON MOTION**<br><br>Hon. Kimberly J. Mueller<br>Action Filed: October 4, 2013 |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, PLAINTIFFS AND APPLICANT-INTERVENOR AMALGAMATED TRANSIT UNION HAVING STIPULATED THERETO, AND DEFENDANTS BEING UNOPPOSED TO THE STIPULATION, IT IS HEREBY ORDERED, that the hearing on Amalgamated Transit Union's Motion For Leave To Intervene For The Purpose Of Appealing The Court's Final Judgment In Plaintiffs' Favor, And For An

/////

Extension Of Time To File Its Notice Of Appeal (the "ATU Motion") (ECF No. 140) set for April 20, 2018 at 10:00 a.m. is VACATED.

ATU's Motion shall be held in abeyance by the Court until such time, if any, that ATU notifies the Court that Defendants have voluntarily dismissed their appeal from this Court's final judgment in Plaintiffs' favor and proposed a new date for the Motion to be heard, which date shall be no earlier than 28 days after filing of the notification with the Court. Any opposition to ATU's Motion shall be filed at least 14 days prior to the scheduled hearing date, and ATU's reply in support of its Motion shall be filed at least 7 days prior to the scheduled hearing date, in accordance with Local Rule 230.

DATED: April 12, 2018.

_____
UNITED STATES DISTRICT JUDGE