# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 2:13-cv-02069-KJM-DB |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF LABOR., et al., | |
| Defendants. | |

The court is in receipt of the Ninth Circuit's judgment. ECF No. 151. The court previously accepted the parties' stipulation to hold in abeyance Amalgamated Transit Union's motion for leave to intervene, ECF No. 140, with defendants to "propose[] a new date for the Motion to be heard" after notifying the court that defendants have voluntarily dismissed their appeal. ECF No. 147. Defendants have not filed any such notice or proposal.

Accordingly, the parties are ORDERED to meet and confer and file a joint status report within fourteen (14) days outlining how this case should move forward.

IT IS SO ORDERED.

DATED: February 22, 2019.

_____
UNITED STATES DISTRICT JUDGE